IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>MIGUEL ANGEL TORRES-OCHOA,<br><br>           Defendant. | **8:11-CR-426**<br><br>**ORDER FOR DISMISSAL** |

This matter is before the Court on Plaintiff's Motion to Dismiss the criminal Indictment without prejudice against Miguel Angel Torres-Ochoa. Filing 54. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED THAT the United States' Motion to Dismiss, Filing 54, is granted, and the criminal Indictment is dismissed without prejudice.

Dated this 12th day of November, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge